# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 873 MAL 2015

                Respondent   :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

                v.                  :

MCARTHUR FRANK HICKSON,   :

                Petitioner   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

       Mr. Justice Eakin did not participate in the decision of this matter.

       Madame Justice Donohue did not participate in the consideration or decision of this matter.